```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


SECURITIES AND EXCHANGE           )
COMMISSION,                       )
                                  )
            Plaintiff,            )    CIVIL ACTION NO.
                                  )    12-11669-DPW
                                  )
    v.                            )
                                  )
                                  )
MAY'S INTERNATIONAL CORPORATION,  )
                                  )
            Relief Defendant.     )
```

### FINAL-DEFAULT-JUDGMENT AS TO RELIEF DEFENDANT MAY'S INTERNATIONAL CORRPORATION
September 6, 2019

The Securities and Exchange Commission ("Commission") having filed a Complaint, and relief defendant May's International Corporation ("May's International") having failed to answer, plead or otherwise defend in this action; a default having been entered against May's International on December 4, 2014; and the Court having determined that May's International is not an infant, incompetent person or in the military service of the United States:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant May's International is liable for disgorgement of $608,013.10 representing profits gained as a result of the conduct alleged

in the Complaint, together with prejudgment interest thereon in the amount of $183,129.90, for a total of $791,143.  Defendant May's International shall satisfy this obligation by paying $791,143 to the Commission within 14 days after entry of this Final Judgment.  This obligation is joint and several with that imposed this day in this matter as to Defendant Michael Lu.

Defendant May's International may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant May's International may also pay by certified check, bank cashier's check, or United States postal money order payable to the Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; May's International as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant May's International shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By

making this payment, Defendant May's International relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant May's International.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.  Defendant May's International shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

*/s/ Douglas P. Woodlock*_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE